B1040 (FORM 1040) (12/15)

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| | 2022 APR 13 AM 11:46 |
| | M. REGINA THOMAS CLERK |

**PLAINTIFFS**
Faith Njoku

**DEFENDANTS**
Department of Education
Nelnet

**ATTORNEYS** (Firm Name, Address, and Telephone No.)
1514 Jefferson Drive
Sandy Springs, GA 30350
404-933-5596

**ATTORNEYS** (If Known)
121 S 13th Street
Lincoln, NE 68508

**PARTY** (Check One Box Only)
☒ Debtor   ☐ U.S. Trustee/Bankruptcy Admin
☐ Creditor   ☐ Other
☐ Trustee

**PARTY** (Check One Box Only)
☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin
☒ Creditor   ☐ Other
☐ Trustee

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
CAUSE OF ACTION: Plaintiff's Nature of Suit - FRBP 7001(6) Dischargeability §523(a)8, Student Loan added to Case 20-715-lrc. Plaintiff has in good faith attempted to absolve debt. Due to extenuating circumstances plaintiff is unable to absolve debt.

### NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☒ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 176,000.00 |

Other Relief Sought

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES ||||
|---|---|---|---|
| NAME OF DEBTOR Faith Njoku | BANKRUPTCY CASE NO. 20-71501-lRC |||
| DISTRICT IN WHICH CASE IS PENDING Northern District | DIVISION OFFICE ATLANTA || NAME OF JUDGE |
| RELATED ADVERSARY PROCEEDING (IF ANY) ||||
| PLAINTIFF | DEFENDANT || ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE || NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) *(signature)* ||||
| DATE 04.13.22 || PRINT NAME OF ATTORNEY (OR PLAINTIFF) Faith Njoku ||

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

Case No.: __20-71501-IRC__

_Faith Njoku_
Debtor

Chapter: __7__

_FAITH NJOKU_

Movant(s),

v.

_DEPARTMENT OF EDUCATION_

_NELNET_
Respondent(s).

CONTESTED MATTER

*FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA
2022 APR 13 AM 11:46
M. REGINA THOMAS
CLERK
By: [signature] D.C.*

## ADVERSARY PROCEEDING

I, FAITH NJOKU, ON THIS DAY APRIL 13th 2022 SUBMIT B1040 FORM TO UNITED STATES BANKRUPTCY COURT, NORTHERN DIVISION OF GEORGIA ATLANTA DIVISION.

ALL REQUIRED COPIES WILL BE MAILED TO RESPECTIVE AND INVOLVED PARTIES.

Type of unsecured claim of STUDENT LOANS IN THE AMOUNT OF $176,000.00
PLAINTIFF WAS A VICTIM OF HUMAN TRAFFICKING BY REPRESENTATIVES OF INSTITUTION.
PLAINTIFF WAS A WHISTLE BLOWER AND EXPERIENCED RETALIATORY ACTIONS BY HIGHER EDUCATION REPRESENTATIVES.
PLAINTIFF REMOVED HERSELF FROM ACADEMIC SETTINGS FOR MATTERS OF SAFETY.
PLAINTIFF ACCRUED SURMOUNTABLE DEBT RELATED TO MEDICAL SCHOOL PURSUITS.
PLAINTIFF IS NOT PRACTICING MEDICINE AND CANNOT PAY OFF MEDICAL SCHOOL DEBT.

04.13.22

_Faith Njoku_
FAITH NJOKU
1514 JEFFERSON DRIVE
SANDY SPRINGS, GA 30350
404-933-5596