22-5071

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, __Faith Njoku__ (name), certify that service of this summons and a copy of the complaint was made __04.13.22__ (date) by:

[X]   Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: __DEPARTMENT OF EDUCATION/NELNET__
__121 S 13th Street__
__LINCOLN, NE 68508__

[ ]   Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

Filed in U.S. Bankruptcy Court
Atlanta, Georgia
M. Regina Thomas, Clerk

APR 1 8 2022

By:_____
Deputy Clerk

[ ]   Residence Service: By leaving the process with the following adult at:

[ ]   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ]   Publication: The defendant was served as follows: [Describe briefly]

[ ]   State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __04.13.22__    Signature __Faith N__

Print Name: __Faith Njoku__

Business Address: __1514 Jefferson Drive__
__Sandy Springs GA 30350__

From: Faustin Njoku
1514 Jefferson Drive
Sandy Springs, GA 30350



U.S. POSTAGE PAID
FCM LETTER
ATLANTA, GA
30328
APR 13, 22
AMOUNT
$0.58
R2304E104801-10



To: Clerk, U.S. Bankruptcy Court
Northern District of Georgia
1340 United States Courthouse
75 Ted Turner Dr SW
Atlanta, GA 30303

ReadyPost

14 APR 2022 PM 1
ECO3 ATLANTA METRO 301