UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | Case No. 20-71501-LRC |
| FAITH CHIBUGO NJOKU | Chapter 7 |
| Debtor. | Judge Sage M. Sigler |
| FAITH CHIBUGO NJOKU<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*<br><br>Defendants. | Adv. No. 22-05071-LRC |

**DEFENDANT U.S. DEPARTMENT OF EDUCATION'S
ANSWER AND DEFENSES TO COMPLAINT**

The U.S. Department of Education ("Education"), through the Acting United States Attorney and undersigned Assistant United States Attorney, hereby answers and states its defenses to the *Complaint To Determine Dischargeability of Student Loans* [ECF No. 1] ("Complaint") filed by Plaintiff Faith Chibugo Njoku.

1.  Education admits the allegations in paragraph 1 of the Complaint to the extent Plaintiff asserts she is indebted to the United States for an educational

loan made, insured, or guaranteed by a governmental unit, or made under a program funded by a governmental unit. Education further states that as of April 19, 2022, the amount of debt was $174,457.12, comprised of $164,903.40 in unpaid principal and $9,553.72 in unpaid accrued interest. Interest accrues on the principal at the rate of $24.67 a day.

2. Education lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 2 of the Complaint. Except as expressly admitted herein, the allegations of paragraph 2 are denied.

3. Education lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 3 of the Complaint. Except as expressly admitted herein, the allegations of paragraph 3 are denied.

4. Education lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 4 of the Complaint.

5. Education lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 5 of the Complaint.

6. Education lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 6 of the Complaint.

7. The United States denies that Plaintiff is entitled to the relief requested in the Complaint.

## **FIRST DEFENSE**

Plaintiff fails to state a claim upon which relief can be granted, including under 11 U.S.C. §§ 105, 523(a)(8), 524, and 28 U.S.C. § 2201.

WHEREFORE, Defendant the United States prays for the following relief:

1. That the Court dismiss Plaintiff's Complaint, with prejudice;

2. That the Court declare Plaintiff's indebtedness owed to the United States nondischargeable under 11 U.S.C. § 523(a)(8); and

3. That the Court grant such other and further relief as the Court may deem just and proper.

Dated: May 10, 2022.                    Respectfully submitted,

                                                                           UNITED STATES ATTORNEY
                                                                           RYAN K. BUCHANAN

                                                                           */s/ Vivieon Kelly Jones*
                                                                           Vivieon K. Jones
                                                                           Assistant U.S. Attorney
                                                                           Georgia Bar No. 143033
                                                                           United States Attorney's Office
                                                                           75 Ted Turner Drive SW, Suite 600
                                                                           Atlanta, Georgia 30303
                                                                           Telephone: (404) 581-6312
                                                                           Facsimile: (404) 581-6151
                                                                           E-mail: vivieon.jones@usdoj.gov
                                                                           *Counsel for the United States of America*

# CERTIFICATE OF SERVICE

This is to certify that I have on May 10, 2022, electronically filed the foregoing document using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to all parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

I further certify I have, on May 10, 2022, caused the foregoing document to be sent by First Class U.S. Mail, postage prepaid, to:

>Faith Chibugo Njoku
>1514 Jefferson Drive
>Sandy Springs, GA 30350

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: May 10, 2022.                    UNITED STATES ATTORNEY
                                        RYAN K. BUCHANAN

                                        */s/ Vivieon Kelly Jones*
                                        Vivieon K. Jones
                                        Assistant U.S. Attorney