# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | Case No. 20-71501-LRC |
| FAITH CHIBUGO NJOKU | Chapter 7 |
| Debtor. | Judge Ritchey Craig |
| FAITH CHIBUGO NJOKU  Plaintiff,  v.  U.S. DEPARTMENT OF EDUCATION, *et al.*  Defendants. | Adv. No. 22-05071-LRC |

## REQUEST FOR STATUS CONFERENCE

The U.S. Department of Education ("Education"), through the Acting United States Attorney and undersigned Assistant United States Attorney, hereby requests that the Court hold a status conference in the above-captioned matter at the earliest practicable date.

The parties wish to discuss generally with the Court issues concerning scheduling, discovery, procedure, and case management.

WHEREFORE, Education respectfully requests that the Court hold a status conference in this matter.

UNITED STATES ATTORNEY
RYAN K. BUCHANAN

*/s/ Vivieon Kelly Jones*
Vivieon K. Jones
Assistant U.S. Attorney
Georgia Bar No. 143033
United States Attorney's Office
75 Ted Turner Drive SW, Suite 600
Atlanta, Georgia 30303
Telephone: (404) 581-6312
Facsimile: (404) 581-6151
E-mail: vivieon.jones@usdoj.gov
*Counsel for the United States of America*

## CERTIFICATE OF SERVICE

This is to certify that I have on June 6, 2022, electronically filed the foregoing document using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to all parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

I further certify I have, on June 6, 2022, caused the foregoing document to be sent by First Class U.S. Mail, postage prepaid, to:

> Faith Chibugo Njoku
> 1514 Jefferson Drive
> Sandy Springs, GA 30350

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: June 6, 2022.

UNITED STATES ATTORNEY
RYAN K. BUCHANAN

*/s/ Vivieon Kelly Jones*
Vivieon K. Jones
Assistant U.S. Attorney

2