**IT IS ORDERED as set forth below:**



**Date: June 15, 2022**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| **IN THE MATTER OF:** | : | **CASE NUMBERS** |
|---|---|---|
|  | : |  |
| FAITH CHIBUGO NJOKU, | : | 20-71501 -LRC |
|  | : |  |
| Debtor. | : |  |
| _____ | : |  |
|  | : |  |
| FAITH CHIBUGO NJOKU, | : | ADVERSARY PROCEEDING |
|  | : | NO. 22-05071-LRC |
| Plaintiff. | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| DEPARTMENT OF EDUCATION NELNET, | : | IN PROCEEDINGS UNDER |
|  | : | CHAPTER 7 OF THE |
| Defendant. | : | BANKRUPTCY CODE |
|  | : |  |

**ORDER AND NOTICE OF TELEPHONIC STATUS CONFERENCE**

Having considered the *Request for Status Conference* filed by the UNITED STATES OF AMERICA, by and through its agency, the United States Department of

Education,

IT IS ORDERED that the Court shall hold a telephonic status conference on **July 18, 2022**, at 11:00 a.m. in Courtroom 1204, U.S. Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303.  To join the conference, dial 833-568-8864 and enter meeting ID 161 346 1602.

## END OF DOCUMENT

**Distribution List**

Faith Njoku
1514 Jefferson Drive
Sandy Springs, GA 30350

Vivieon K. Jones
Assistant U.S. Attorney
United States Attorney's Office
75 Ted Turner Drive SW, Suite 600
Atlanta, Georgia 30303