**IT IS ORDERED as set forth below:**



**Date: June 15, 2022**

_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| IN THE MATTER OF: | : | CASE NUMBERS |
|---|---|---|
| FAITH CHIBUGO NJOKU, | : | 20-71501 -LRC |
| Debtor. | : | |
| _____ | : | |
| FAITH CHIBUGO NJOKU, | : | ADVERSARY PROCEEDING |
| | : | NO. 22-05071-LRC |
| Plaintiff. | : | |
| v. | : | |
| DEPARTMENT OF EDUCATION NELNET, | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| Defendant. | : | BANKRUPTCY CODE |

**ORDER AND NOTICE OF TELEPHONIC STATUS CONFERENCE**

Having considered the *Request for Status Conference* filed by the UNITED STATES OF AMERICA, by and through its agency, the United States Department of

Education,

IT IS ORDERED that the Court shall hold a telephonic status conference on **July 18, 2022**, at 11:00 a.m. in Courtroom 1204, U.S. Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303.  To join the conference, dial 833-568-8864 and enter meeting ID 161 346 1602.

## END OF DOCUMENT

**Distribution List**

Faith Njoku
1514 Jefferson Drive
Sandy Springs, GA 30350

Vivieon K. Jones
Assistant U.S. Attorney
United States Attorney's Office
75 Ted Turner Drive SW, Suite 600
Atlanta, Georgia 30303

United States Bankruptcy Court

Northern District of Georgia

Njoku,

    Plaintiff

Adv. Proc. No. 22-05071-lrc

Department of Education Nelnet,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 1 |
| Date Rcvd: Jun 15, 2022 | Form ID: pdf534 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Faith Njoku, 1514 Jefferson Drive, Sandy Springs, GA 30350-7122 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion21.at.ecf@usdoj.gov | Jun 15 2022 20:28:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |

TOTAL: 1

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Vivieon K Jones | on behalf of Creditor UNITED STATES OF AMERICA by and through its agency, The United States Department of Education vivieon.jones@usdoj.gov |

TOTAL: 1