**IT IS ORDERED as set forth below:**

**Date: July 19, 2022**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | Case No. 20-71501-LRC |
| FAITH CHIBUGO NJOKU | Chapter 7 |
| Debtor. | Judge Ritchey Craig |
| FAITH CHIBUGO NJOKU<br>     Plaintiff, | Adv. No. 22-05071-LRC |
| v. | |
| U.S. DEPARTMENT OF EDUCATION<br>     Defendant. | |

## **SCHEDULING ORDER**

This adversary proceeding came before the Court on July 18, 2022 for a status conference. For the reasons stated on the record, discovery will be needed on the following subjects:

a. Student loans issued by the Department of Education to Faith Njoku, and

    b.    Whether circumstances exist that impact Faith Njoku's ability to repay the student loans and whether those circumstances will persist for a significant portion of the repayment period. This will entail discovery of any circumstances that Faith Njoku may have that impact her ability to earn income.

For the reasons stated on the record, it is hereby ORDERED as follows:

1. The parties will begin discovery in this matter immediately.

2. All discovery will be commenced in time to be completed by **January 9, 2023**.

3. Dispositive motions, if any, shall be filed by **February 8, 2023.**

4. Responses to dispositive motions shall be filed by **March 10, 2023**, and replies shall be filed by **March 31, 2023**.

5. A a joint pretrial order shall be submitted to the Court on the 40th day after the day discovery closes or, if there is a pending dispositive motion, the 30th day after the day the Court enters an order on the dispositive motion.

6. Supplementations under FED. R. CIV. P. 26(e) are due on a rolling basis, as applicable.

7. This scheduling order is without prejudice to either party's right to request (or oppose) additional extensions of the various deadlines set forth herein.

**[END OF ORDER]**

Prepared and submitted by:

**RYAN A. BUCHANAN**
**UNITED STATES ATTORNEY**

<u>  /s/  Vivieon K. Jones</u>
GA Bar No. 143033
Assistant U.S. Attorney
600 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303
(404) 581-6312
vivieon.jones@usdoj.gov

*Attorney For Defendant*
*United States Department of*
*Education*

**DISTRIBUTION LIST**

Vivieon K. Jones
Assistant U.S. Attorney
United States Attorney's Office
75 Ted Turner Drive SW, Suite 600
Atlanta, Georgia 30303

Faith Chibugo Njoku
1514 Jefferson Drive
Sandy Springs, GA 30350