**IT IS ORDERED as set forth below:**

**Date: July 19, 2022**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: | Case No. 20-71501-LRC |
| FAITH CHIBUGO NJOKU | Chapter 7 |
| Debtor. | Judge Ritchey Craig |
| FAITH CHIBUGO NJOKU<br>    Plaintiff, | Adv. No. 22-05071-LRC |
| v. | |
| U.S. DEPARTMENT OF EDUCATION<br>    Defendant. | |

## SCHEDULING ORDER

This adversary proceeding came before the Court on July 18, 2022 for a status conference. For the reasons stated on the record, discovery will be needed on the following subjects:

   a. Student loans issued by the Department of Education to Faith Njoku, and

  b. Whether circumstances exist that impact Faith Njoku's ability to repay the student loans and whether those circumstances will persist for a significant portion of the repayment period. This will entail discovery of any circumstances that Faith Njoku may have that impact her ability to earn income.

For the reasons stated on the record, it is hereby ORDERED as follows:

1. The parties will begin discovery in this matter immediately.

2. All discovery will be commenced in time to be completed by **January 9, 2023**.

3. Dispositive motions, if any, shall be filed by **February 8, 2023.**

4. Responses to dispositive motions shall be filed by **March 10, 2023**, and replies shall be filed by **March 31, 2023**.

5. A a joint pretrial order shall be submitted to the Court on the 40th day after the day discovery closes or, if there is a pending dispositive motion, the 30th day after the day the Court enters an order on the dispositive motion.

6. Supplementations under FED. R. CIV. P. 26(e) are due on a rolling basis, as applicable.

7. This scheduling order is without prejudice to either party's right to request (or oppose) additional extensions of the various deadlines set forth herein.

**[END OF ORDER]**

Prepared and submitted by:

**RYAN A. BUCHANAN
UNITED STATES ATTORNEY**

<u>  /s/  Vivieon K. Jones</u>
GA Bar No. 143033
Assistant U.S. Attorney
600 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303
(404) 581-6312
vivieon.jones@usdoj.gov

*Attorney For Defendant
United States Department of
Education*

**DISTRIBUTION LIST**

Vivieon K. Jones
Assistant U.S. Attorney
United States Attorney's Office
75 Ted Turner Drive SW, Suite 600
Atlanta, Georgia 30303

Faith Chibugo Njoku
1514 Jefferson Drive
Sandy Springs, GA 30350

United States Bankruptcy Court

Northern District of Georgia

Njoku,
  Plaintiff

Adv. Proc. No. 22-05071-lrc

Department of Education Nelnet,
  Defendant

# CERTIFICATE OF NOTICE

District/off: 113E-9    User: bncadmin    Page 1 of 1
Date Rcvd: Jul 19, 2022    Form ID: pdf492    Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Faith Njoku, 1514 Jefferson Drive, Sandy Springs, GA 30350-7122 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion21.at.ecf@usdoj.gov | Jul 19 2022 20:31:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 21, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Vivieon K Jones | on behalf of Creditor UNITED STATES OF AMERICA by and through its agency, The United States Department of Education vivieon.jones@usdoj.gov |

TOTAL: 1