UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| FAITH NJOKU | CASE NO. 20-71501-LRC |
| Debtors. | Judge Lisa Ritchey Craig |
| FAITH NJOKU | |
| Plaintiff, | |
| v. | Adv. No. 22-05071-LRC |
| U.S. DEP'T OF EDUCATION, | |
| Defendant. | |

**CERTIFICATE OF SERVICE OF DEFENDANT
U.S. DEPARTMENT OF EDUCATION'S FIRST
ROUND OF DISCOVERY REQUESTS TO PLAINTIFF**

Pursuant to BLR 7026-3(a), Defendant the U.S. Department of Education, through the undersigned U.S. Attorney and Assistant U.S. Attorney ("Education"), hereby certifies that, on **July 25, 2022**, Education served the following written discovery requests directed to Plaintiff Faith Njoku: (1) First Requests for Production of Documents; (2) First Set of Interrogatories; (3) First Set of Requests for Admission.

Dated: July 25, 2022.    Respectfully submitted,

RYAN K. BUCHANAN
UNITED STATES ATTORNEY

*/s/ Vivieon Kelly Jones*
VIVIEON K. JONES
Assistant United States Attorney
Georgia Bar No. 143033
United States Attorney's Office
75 Ted Turner Drive SW
Suite 600
Atlanta, Georgia 30303
Telephone: (404) 581-6312
Facsimile: (404) 581-6151
Vivieon.jones@usdoj.gov
*Counsel for the United States of America*

## CERTIFICATE OF SERVICE

This is to certify that I have on July 25, 2022, electronically filed the foregoing document using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to all parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

Faith Njoku (integrityintegrate@gmail.com), *pro se* Plaintiff.

I further certify that on July 25, 2022, I caused a copy of this document to be served via U.S. First Class Mail, with adequate postage prepaid, on the following parties at the address(es) shown for each:

Faith Njoku
1514 Jefferson Drive
Sandy Springs, GA 30350

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

> RYAN K. BUCHANAN
> UNITED STATES ATTORNEY
>
> */s/ Vivieon K. Jones*
> Vivieon K. Jones
> Assistant United States Attorney