UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | Case No. 20-71501-LRC |
| FAITH CHIBUGO NJOKU | Chapter 7 |
| Debtor. | Judge Ritchey Craig |
| FAITH CHIBUGO NJOKU | |
| Plaintiff, | Adv. No. 22-05071-LRC |
| *v.* | |
| U.S. DEPARTMENT OF EDUCATION, *et al.* | |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as incorporated into this proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, Plaintiff Faith Chibugo Njoku ("Plaintiff") and Defendant the United States of America, on behalf of its agency the U.S. Department of Education and through the undersigned U.S. Attorney and Assistant U.S. Attorney  (collectively, "Parties"), hereby stipulate to dismissal of this action as follows:

1.      The Parties stipulate under Fed. R. Civ. P. 41(a)(1)(A)(ii) to dismissal

of Plaintiff's complaint, filed on April 13, 2022 [ECF No. 1], and this action without

prejudice.

2.      Upon dismissal, Plaintiff may apply for repayment under one of the

U.S. Department of Education's income-driven (or similar) repayment plans, at

her option.   As part of the COVID-19 Emergency Relief, the U.S. Department of

Education extended the student loan payment pause through August 31, 2022

which includes a suspension of loan payments, a 0% interest rate, and stayed

collections on defaulted loans. As a result, Plaintiff's student loan payments

remain paused through at least August 31, 2022.

3.      Each Party shall bear its own fees and costs.

4.      The Parties stipulate to an order or judgment of the Court, consistent

with this stipulation, closing this case.

*[Signatures on Following Page]*

Dated: August 23, 2022.

RYAN K. BUCHANAN
UNITED STATES ATTORNEY

Vivieon K. Jones
Assistant United States Attorney
Georgia Bar No. 143033
United States Attorney's Office
75 Ted Turner Drive SW
Suite 600
Atlanta, Georgia 30303
Telephone: (404) 581-6000
Facsimile: (404) 581-6181
vivieon.jones@usdoj.gov
*Counsel for the United States of America*

Respectfully submitted,

Faith Chibugo Njoku
1514 Jefferson Drive
Sandy Springs, GA 30350
integrityintegrate@gmail.com

*Pro se Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that I have on August 25, 2022, electronically filed the foregoing document using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to all parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

I further certify that on August 25, 2022, I caused a copy of this document to be served via U.S. First Class Mail, with adequate postage prepaid, on the following parties at the address shown:

Faith Chibugo Njoku
1514 Jefferson Drive
Sandy Springs, GA 30350

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

RYAN K. BUCHANAN
UNITED STATES ATTORNEY

*/s/ Vivieon K. Jones*
Vivieon K. Jones